| AO 10 Rev. 1/2010 | **FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2009** | *Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)* |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial) Hittner, David | 2. Court or Organization United States District Court | 3. Date of Report 04/28/2010 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) Senior Status | 5a. Report Type (check appropriate type) ☐ Nomination, Date ☐ Initial ☑ Annual ☐ Final 5b. ☐ Amended Report | 6. Reporting Period 01/01/2009 to 12/31/2009 |
| 7. Chambers or Office Address U. S. District Court 515 Rusk Street Room 8509 Houston, Texas 77002 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Director | Sam Houston Area Council/Boy Scouts of America |
| 2. Director | South Texas Law Review |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

2010 MAY -3 P 11: 34 FINANCIAL DISCLOSURE OFFICE RECEIVED

Hittner, David

| Name of Person Reporting | Date of Report |
|---|---|
| Hittner, David | 04/28/2010 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|
| 1. 09/23/09 | The West Group - Royalties on 5th Circuit Guide | $4,438.31 |
| 2. 04/09/09 | The West Group - Royalties on 5th Circuit Guide | $967.56 |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hittner, David | 04/28/2010 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ , NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hittner, David | 04/28/2010 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. BANK ACCOUNTS: | | | | | | | | | |
| 2. Cash/Checking - JP Morgan Chase Bank, Houston, Texas | A | Interest | L | T | | | | | |
| 3. IRA CD - JP Morgan Chase Bank, Houston, Texas | A | Interest | K | T | | | | | |
| 4. Cash/Savings - JP Morgan Chase Bank, Houston, Texas | A | Interest | L | T | | | | | |
| 5. Post Oak Bank - CD | C | Interest | L | T | | | | | |
| 6. Community National Bank - CD | C | Interest | L | T | | | | | |
| 7. LIFE INS/ANNUITIES: | | | | | | | | | |
| 8. Mutual Trst Life Ins., Co/Oakbrook, IL | C | Interest | L | T | | | | | |
| 9. INVESTMENTS: | | | | | | | | | |
| 10. IMS SECURITIES INC: | | | | | | | | | |
| 11. Federated Capital Reserves Money Market w/in Brokerage Acct. | C | Dividend | J | T | | | | | |
| 12. WMT | A | Dividend | J | T | | | | | |
| 13. PERSHING INVESTMENT: | | | | | | | | | |
| 14. ACV | A | Dividend | J | T | Buy | 06/24/09 | J | | |
| 15. ASVIX | A | Dividend | J | T | Buy | 06/24/09 | J | | |
| 16. BAX | A | Dividend | K | T | Buy | 6/24/09 | K | | |
| 17. PGVFX | A | Dividend | | | Buy | 01/01/09 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hittner, David | 04/28/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18.  PGVFX | | None | | | Sold | 06/16/09 | J | | |
| 19.  BRKB | | None | J | T | Buy | 06/24/09 | J | | |
| 20.  BERWX | A | Dividend | J | T | Buy | 01/02/09 | J | | |
| 21.  BSX | | None | J | T | Buy | 06/24/09 | J | | |
| 22.  BIP | | None | J | T | Buy | 06/24/09 | J | | |
| 23.  CVX | A | Dividend | J | T | Buy | 06/24/09 | J | | |
| 24.  CHH | A | Dividend | J | T | Buy | 06/24/09 | J | | |
| 25.  CTAS | | None | J | T | Buy | 06/24/09 | J | | |
| 26.  EFA | | None | | | Sold | 01/01/09 | J | | |
| 27.  CFIMX | A | Dividend | J | T | Buy | 01/02/09 | J | | |
| 28.  XO | A | Dividend | J | T | Buy | 06/24/09 | J | | |
| 29.  COST | A | Dividend | J | T | Buy | 06/24/09 | J | | |
| 30.  DMLP | A | Dividend | J | T | Buy | 06/24/09 | J | | |
| 31.  EPE | A | Dividend | J | T | Buy | 06/24/09 | J | | |
| 32.  ERIC | | None | J | T | Buy | 06/24/09 | J | | |
| 33.  GTEYX | A | Dividend | K | T | Buy | 06/04/09 | K | | |
| 34.  HNZ | A | Dividend | J | T | Buy | 06/24/09 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hittner, David | 04/28/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. HEW | | None | J | T | Buy | 06/24/09 | J | | |
| 36. HPQ | A | Dividend | J | T | Buy | 06/24/09 | J | | |
| 37. IBM | A | Dividend | J | T | Buy | 06/24/09 | J | | |
| 38. HYG | A | Dividend | | | Buy | 01/02/09 | J | | |
| 39. HYG | | None | | | Sold | 05/18/09 | K | | |
| 40. JNJ | A | Dividend | J | T | Buy | 06/24/09 | J | | |
| 41. KFT | A | Dividend | J | T | Buy | 06/24/09 | J | | |
| 42. KR | A | Dividend | J | T | Buy | 06/24/09 | J | | |
| 43. LSTR | A | Dividend | J | T | Buy | 06/24/09 | J | | |
| 44. LMT | A | Dividend | J | T | Buy | 06/24/09 | J | | |
| 45. LOW | A | Dividend | J | T | Buy | 06/24/09 | J | | |
| 46. EXWAX | A | Dividend | K | T | Buy | 06/24/09 | K | | |
| 47. MCD | A | Dividend | J | T | Buy | 06/24/09 | J | | |
| 48. MHS | | None | J | T | Buy | 06/24/09 | J | | |
| 49. MSFT | A | Dividend | J | T | Buy | 06/24/09 | J | | |
| 50. NGPC | A | Dividend | J | T | Buy | 06/24/09 | J | | |
| 51. NHP | A | Dividend | J | T | Buy | 06/24/09 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hittner, David | 04/28/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end<br>of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 52.  NKE | A | Dividend | J | T | Buy | 06/24/09 | J | | |
| 53.  NVS | A | Dividend | J | T | Buy | 06/24/09 | J | | |
| 54.  ORCL | A | Dividend | J | T | Buy | 06/24/09 | J | | |
| 55.  OMI | A | Dividend | J | T | Buy | 06/24/09 | J | | |
| 56.  PAYX | A | Dividend | J | T | Buy | 06/24/09 | J | | |
| 57.  PEP | A | Dividend | J | T | Buy | 06/24/09 | J | | |
| 58.  PG | A | Dividend | J | T | Buy | 06/24/09 | J | | |
| 59.  PGR | | None | J | T | Buy | 06/24/09 | J | | |
| 60.  EFZ | | None | | | Buy | 06/24/09 | J | | |
| 61.  EFZ | | None | | | Sold | 12/28/09 | J | | |
| 62.  MYY | | None | | | Buy | 05/18/09 | J | | |
| 63.  MYY | | None | | | Sold | 12/28/09 | J | | |
| 64.  SH | | None | | | Buy | 01/15/09 | J | | |
| 65.  SH | | None | | | Sold | 12/28/09 | L | | |
| 66.  QCOM | A | Dividend | J | T | Buy | 06/24/09 | J | | |
| 67.  Q | A | Dividend | J | T | Buy | 06/24/09 | J | | |
| 68.  RYN | A | Dividend | J | T | Buy | 06/24/09 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rittner, David | 04/28/2010 |

## VII. INVESTMENTS and TRUSTS – _income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)_

☐ NONE _(No reportable income, assets, or transactions.)_

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. ROST | A | Dividend | J | T | Buy | 06/24/09 | J | | |
| 70. GLD | A | Dividend | J | T | Buy | 06/24/09 | J | | |
| 71. JNK | A | Dividend | | | Buy | 01/01/09 | J | | |
| 72. JNK | | None | | | Sold | 05/18/09 | J | | |
| 73. RWM | | None | | | Buy | 01/15/09 | J | | |
| 74. RWM | | None | | | Sold | 03/05/09 | J | | |
| 75. STJ | A | Dividend | J | T | Buy | 06/24/09 | J | | |
| 76. HSIC | | None | J | T | Buy | 06/24/09 | J | | |
| 77. SGM | A | Dividend | J | T | Buy | 06/24/09 | J | | |
| 78. SPLS | A | Dividend | J | T | Buy | 06/24/09 | J | | |
| 79. SRCL | | None | J | T | Buy | 06/24/09 | J | | |
| 80. SYY | A | Dividend | J | T | Buy | 06/24/09 | J | | |
| 81. TJX | A | Dividend | J | T | Buy | 06/24/09 | J | | |
| 82. MMM | A | Dividend | J | T | Buy | 06/24/09 | J | | |
| 83. UMBHX | A | Dividend | J | T | Buy | 06/24/09 | J | | |
| 84. VZ | A | Dividend | J | T | Buy | 06/24/09 | J | | |
| 85. WMT | A | Dividend | J | T | Buy | 06/24/09 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hittner, David | 04/28/2010 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. WMG | A | Dividend | J | T | Buy | 06/24/09 | J | | |
| 87. WU | A | Dividend | J | T | Buy | 06/24/09 | J | | |
| 88. YHOO | | None | J | T | Buy | 06/24/09 | J | | |
| 89. YUM | A | Dividend | J | T | Buy | 06/24/09 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hittner, David | 04/28/2010 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| Hittner, David | 04/28/2010 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544